

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-16-00663-CV

**THE UNIVERSITY OF TEXAS SYSTEM**,
Appellant

v.

Margot **MENJIVAR**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15666
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's unopposed second motion for extension of time to file the appellant's reply brief is granted. We order appellant's reply brief due August 25, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk